# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROGER MONTOU, JR.** | : | **CIVIL ACTION NUMBER** |
| | | **06-0768** |
| **VERSUS** | : | |
| | | **JUDGE MINALDI** |
| **E R A HELICOPTERS L LC** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

    This case was filed on May 10, 2006, and is over ten months old.  The last docket entry was over four months ago.  A Notice of Intent to Dismiss for Failure to Effect Service was filed on October 24, 2006, more than five months following filing of the lawsuit.  Thereupon service on the defendant was effected within one week.  Since service was effected, no answer has been filed by the defendant, and no action has been taken by plaintiffs to advance their case during the period from service to date.  Plaintiff is hereby notified that the court is considering dismissal of this action because no responsive pleadings have been filed within 60 days after service of process.  LR 41.3W.  Plaintiff shall have 10 calendar days from today to file evidence of good cause for failure to timely proceed.

    THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on March 15, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE