RECEIVED
IN LAKE CHARLES, LA

APR 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROGER MONTOU, JR. | : | DOCKET NO. 2:06cv 768 |
| VS. | : | JUDGE MINALDI |
| ERA HELICOPTERS, L.L.C. | : | MAGISTRATE JUDGE WILSON |

### ORDER

Having shown good cause, IT IS ORDERED that the Motion to Set Aside the Entry of Default [doc. 8] filed by ERA Helicopters, L.L.C. ("ERA") is GRANTED. The entry of default [doc. 7] is hereby set aside and ERA's answer to the complaint shall be recognized.

Lake Charles, Louisiana, this ___25___ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT