


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROGERS MONTOU, JR. | * | |
| | * | CASE NO.  06-0768 |
| Plaintiff | * | |
| | * | JUDGE: MINALDI |
| VERSUS | * | |
| | * | MAGISTRATE: WILSON |
| ERA HELICOPTERS, L.L.C. | * | |
| | * | JURY TRIAL REQUESTED |
| Defendant | * | |

## ORDER

Considering the foregoing Motion to Dismiss,

**IT IS ORDERED** that the above captioned matter be and is hereby dismissed, each party to bear their own costs.

Lake Charles, Louisiana, this \_1\_ day of \_\_May\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE